FILED
2017 Jul-25  PM 04:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BLACK WARRIOR RIVERKEEPER, INC., and FRIENDS OF LOCUST FORK RIVER, INC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **CASE NO.:  2:17-cv-01050-LSC** |
| ) | |
| **METRO RECYCLING, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION FOR JUDICIAL NOTICE OF ADEM RECORDS AS SUBMISSION IN SUPPORT OF MOTION TO DISMISS

COMES NOW, Defendant, **METRO RECYCLING, INC.,** and moves this Honorable Court to take judicial notice of the attached materials as a submission in Support of Defendant's Motion to Dismiss.  The attached documents which are listed below are copies of documents maintained on the Alabama Department of Environmental Management (ADEM) website (app.adem.alabama.gov/efilings) and reflect submissions and actions recorded by ADEM during the time frame December 1, 2015 to the present with respect to Metro Recycling Inc.'s landfill permit 05-05.

| Exhibit # | Document Description | Date |
|---|---|---|
| 1 | ADEM Closure Inspection letter to Metro | 07/10/17 |

1

| 2 | Closure Certification letter from McGhee-Engineering Corp. | 06/02/17 |
| 3 | ADEM Inspection Report with Photos | 11/29/16 |
| 4 | ADEM Inspection Report with Photos | 05/26/16 |
| 5 | ADEM Inspection Report | 12/01/15 |

Pursuant to the authorities discussed in the accompanying Memorandum, Defendant submits that the Court may take judicial notice of these documents without having to convert Defendant's Motion to Dismiss from a Rule 12(1)(6) Motion to a Motion for Summary Judgment pursuant to Rule 56, Fed.R.Civ.P.

Respectfully submitted,

/s/J. Allen Sydnor, Jr.
J. Allen Sydnor, Jr.
Attorney for Defendant,
Metro Recycling, Inc.

OF COUNSEL:

HUIE, FERNAMBUCQ & STEWART, LLP
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484
Fax: (205) 251-1256
Phone: (205) 251-1193
E-Mail: asydnor@huielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Eva L. Dillard, Esquire
E-mail: edillard@blackwarriorriver.org

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM-ECF participants:

None.

s/J. Allen Sydnor, Jr.

OF COUNSEL

EXHIBIT "1"

**LANCE R. LEFLEUR**
DIRECTOR



**ADEM**

**Alabama Department of Environmental Management**
adem.alabama.gov

**KAY IVEY**
GOVERNOR

1400 Coliseum Blvd. 36110-2400 ▪ Post Office Box 301463
Montgomery, Alabama  36130-1463
(334) 271-7700 ▪ FAX (334) 271-7950

July 10, 2017

Mr. Scott Tidwell
Metro Recycling, Inc.
P.O. Box 1839
Pinson, Alabama 35126

RE:   Closure Inspection
      Metro Recycling, Inc. Landfill
      Permit Number 05-05

Dear Mr. Tidwell:

On July 6, 2017, Mr. Devin Jenkins of the Solid Waste Branch conducted a closure inspection of the Metro Recycling, Inc. Landfill. Based on the visual inspection of the referenced landfill and the engineer certification, the Department has determined that the closure is in compliance with the approved plans and ADEM Division 335-13 Regulations. Before the landfill can be considered properly closed, all documentation and applicable fees, as required by ADEM Division 335-5 Uniform Environmental Covenants Program, must be submitted to the Department.

It is noted that once the landfill is considered properly closed, all post closure requirements must be met according to ADEM Division 335-13-4-.20(3). This includes, but is not limited to filling areas which provide for ponding of surface water, correcting landfilled areas with extensive surface cracks in the soil cover, maintaining access control structures and signs and maintaining the run-off control system to collect and control at least the water volume resulting from a 24-hour, 25-year storm.

If you should have any questions regarding this matter, please contact Devin Jenkins of the Solid Waste Branch at (334) 270-5605.

Sincerely,



S. Scott Story, Chief
Solid Waste Engineering Section
Land Division

SSS/dmj

**Birmingham Branch**
110 Vulcan Road
Birmingham, AL 35209-4702
(205) 942-6168
(205) 941-1603 (FAX)

**Decatur Branch**
2715 Sandlin Road, S.W.
Decatur, AL  35603-1333
(256) 353-1713
(256) 340-9359 (FAX)

**Mobile Branch**
2204 Perimeter Road
Mobile, AL 36615-1131
(251) 450-3400
(251) 479-2593 (FAX)

**Mobile-Coastal**
3664 Dauphin Street, Suite B
Mobile, AL 36608
(251) 304-1176
(251) 304-1189 (FAX)

EXHIBIT "2"



June 2, 2017

**Alabama Department of Environmental Management**
*ATTN: Mr. Scott Story*, Chief
Solid Waste Engineering Section
1400 Coliseum Boulevard
Montgomery, AL  36110-2059

RE:  **Metro Recycling, Inc.**
      Tire Landfill, Permit No. 05-05

Dear Mr. Story:

This letter is to certify that Metro Recycling, Inc. Tire Landfill has been graded, covered with soil material and ditched as shown on the attached drawing and photographs. Revegetation was completed in January 2016 with repairs as recent as May 2017.

Based on my final inspection on June 2nd, 2017, I hereby certify the landfill has been closed (as shown on the attached drawings and photographs) to the best of my knowledge, information and belief based on inspections by myself and/or other qualified persons employed by McGehee Engineering Corp.

If you should have any questions or need additional information, please do not hesitate to contact our office.

Sincerely,

**McGehee Engineering Corp.**

Jeff Aldridge

Jeff Aldridge, P.E.
Alabama Reg. No. 33959



**VICINITY MAP**

SCALE: 1" = 2 MILES

## MAP LEGEND

—————— EXISTING CONTOURS (MAJOR)

—————— EXISTING CONTOURS (MINOR)

⊕ BORING SITE WITH I.D. & DEPTH OF BORING

– – – PERMITTED FACILITY BOUNDARY

—————— DRAINAGE COURSE

✕ SPOT ELEVATION

▓▓▓▓▓▓ RIP RAP LINED DITCH (OR DOWNDRAIN)

▒▒▒▒▒▒ BERM/DIVERSION

**SEDIMENT BASIN 001**

SEDIMENT REMOVAL ELEV.: 552.0'
EMERGENCY SPILLWAY ELEV.: AS SHOWN
TOP OF DAM ELEV.: AS SHOWN
EMERGENCY SPILLWAY: CONCRETE LINED
DESIGN SEDIMENT STORAGE ............ 2.64 A.C.FT.
DESIGN DETENTION STORAGE ............ 1.76 A.C.FT.
PERMANENT POOL CAPACITY ............ 4.40 A.C.FT.
*EXISTING DETENTION STORAGE ........ 2.60 A.C.FT.
*EXISTING SEDIMENT STORED .......... 1.80 A.C.FT.

– – – EXISTING NORMAL POOL AREA
—————— EXISTING DRAINAGE COURSE

*BASED ON 10-23-2015 BASIN SOUNDING (SURVEY)





CONTOUR INTERVAL: AS SHOWN
SECTION 36 & 31, TOWNSHIP 13 SOUTH, RANGE 1 WEST
ALL IN BLOUNT COUNTY, ALABAMA
BASE MAP: FIELD SURVEY

**METRO RECYCLING, INC.**

**TIRE LANDFILL**
**PERMIT NO. 05-05**

**CLOSURE FINAL GRADE**

| FILE: | | | SCALE: 1"=100' | JOB NO. | |
|---|---|---|---|---|---|
| APPROVED BY: Z.C.A. | | | DATE: 05-02-17 | SHEET NO. 1 of 1 | |



**mcgehee engineering corp**
post office box 3431
_____, Alabama 35022-3431
telephone: (205) 221-0265 fax: 221-7721
email: staff@mcgehee.org













METRO
RECYCLING, INC.

TIRE LANDFILL
PERMIT NO. 05-05

CLOSURE PHOTOS OF
TIRE AS-BUILT FINAL GRADE

TIRE LANDFILL PERMIT NO. 05-05
FINAL GRADE PHOTOS TAKEN 04-15-16
NO SCALE



EXHIBIT "3"



## Solid Waste Landfill
### Inspection Form (Rev. 09/22/15)

Facility Name: Metro Recycling Inc Landfill

Permit Number: 05-05     Expiration Date: July 7, 2007

Landfill Cell Type:     MSWLF _____     C/DLF X     ILF _____

Inspector: Josh Stewart     Date: 11/29/16

Master ID: 07345     County/FIPS: Blount /009

Inspection Contact:     Title:

N/A

Signature of Contact:

Landfill Operator Name:     Certification No. / Expiration Date

N/A

Variances:

N/A

**Regulation**
**Cited**

|  |  |  | Yes | No |
|---|---|---|---|---|

## General Operational Requirements for All Landfills

| | | | Yes | No |
|---|---|---|---|---|
| 1.) | 13-4-.15(2) | Alternative daily cover approved or used | N/A | |
| 2.) | 13-4-.16(2)(c)4. | Explosive gas monitoring points located as required | " | |
| 3.) | 13-4-.17(1) | Run-on system constructed and maintained | X | |
| 4.) | 13-4-.17(2) | Run-off system constructed and maintained (Ex: ponds, basins, silt fences) | X | |
| 5.) | 13-4-.17(3) | On-site drainage structures constructed and maintained (Ex: ditches, berms) | X | |
| 6.) | 13-4-.19 | Access control measures adequate | X | |
| 7.) | 13-4-.21(1)(a) | Operation as stipulated in the permit (Ex. Disposal cell certified by P.E.) | N/A | |
| 8.) | 13-4-.21(1)(b) | Only approved waste streams accepted | " | |
| 9.) | 13-4-.21(1)(b)1 | Random inspection of incoming loads | " | |
| 10.) | 13-4-.21(1)(c) | Waste certification conducted on industrial/medical waste prior to disposal | " | |
| 11.) | 13-4-.21(1)(c)5. | Waste certifications on file in operating record for review | " | |
| 12.) | 13-4-.21(1)(d) | No unauthorized discharge or water pollution | X | |
| 13.) | 13-4-.21(1)(e) | Facility boundary adequately marked and observable | N/A | |
| 14.) | 13-4-.21(1)(f) | Measuring or weighing devices operable (method: _____) | " | |
| 15.) | 13-4-.21(2)(a) | No open burning unless approved by Department | X | |
| 16.) | 13-4-.29(1) | Records maintained as required; operating record available for review | N/A | |
| 17.) | 13-12-.01(3) | Certified Landfill Operator | " | |

## Solid Waste Landfill Inspection Observations

• This facility is not receiving waste for disposal and is currently in closure. Waste is adequately covered and now dormant grass is established site-wide. Drainage devices and the stormwater pond appear to be functioning properly.

**Regulation**
**Cited**

| | | | Yes | No |
|---|---|---|---|---|

### MSWLF Requirements

| | | | Yes | No |
|---|---|---|---|---|
| 18.) | 13-4-.22(1)(a)1. | All waste covered daily with 6 in. soil or alternative cover (type: _____) | | N/A |
| 19.) | 13-4-.22(1)(b) | Waste confined to small area, <2 ft. thick layers; on appropriate slope (<4:1) | | |
| 20.) | 13-4-.22(1)(c) | All waste thoroughly compacted | | |
| 21.) | 13-4-.22(1)(e) | Adequate personnel provided | | |
| 22.) | 13-4-.22(1)(f) | Adequate equipment provided | | |
| 23.) | 13-4-.22(1)(g) | Adverse weather provisions provided | | |
| 24.) | 13-4-.22(1)(h) | Site security adequate | | |
| 25.) | 13-4-.22(1)(i) | Proper sign located at entrance | | |
| 26.) | 13-4-.22(1)(j) | Special provisions for large dead animals | | |
| 27.) | 13-4-.22(1)(l) | Large empty containers rendered unsuitable for holding liquids | | |
| 28.) | 13-4-.22(2)(a) | Scavenging prohibited and salvaging controlled | | |
| 29.) | 13-4-.22(2)(b) | Litter controlled | | |
| 30.) | 13-4-.22(2)(c) | All-weather access road to operating face of landfill | | |
| 31.) | 13-4-.22(2)(d) | Vector control measures adequate | | |
| 33.) | 13-4-.22(2)(e) | Monitoring/treatment structures protected and maintained in good repair | | |
| 34.) | 13-4-.22(2)(f) | Completed areas properly closed | | |
| 35.) | 13-4-.22(2)(g) | Records maintained on daily volumes; operating record available for review | | |

### Solid Waste Landfill Inspection Observations

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Regulation**
**Cited**

|  |  |  | Yes | No |
|---|---|---|---|---|

## C/DLF and ILF Requirements

| | | | Yes | No |
|---|---|---|---|---|
| 36.) | 13-4-.23(1)(a)1. | All waste covered weekly with 6 in. soil or alternative cover (type: _____ ) | N/A | |
| 37.) | 13-4-.23(1)(b) | All waste spread in <2 ft. thick layers; thoroughly compacted | \\ | |
| 38.) | 13-4-.23(1)(c) | Waste confined to small area; on appropriate slope (<4:1) | \\ | |
| 39.) | 13-4-.23(1)(e) | Site security adequate | X | |
| 40.) | 13-4-.23(1)(f) | Proper sign located at entrance | N/A | |
| 41.) | 13-4-.23(1)(h) | Adequate personnel provided | \\ | |
| 42.) | 13-4-.23(1)(i) | Adequate equipment provided | \\ | |
| 43.) | 13-4-.23(1)(k) | Large empty containers > 10 gal. rendered unsuitable for holding liquids | \\ | |
| 44.) | 13-4-.23(2)(a) | Scavenging prohibited and salvaging controlled | \\ | |
| 45.) | 13-4-.23(2)(b) | Litter controlled | \\ | |
| 46.) | 13-4-.23(2)(c) | Completed areas properly closed | X | |
| 47.) | 13-4-.23(2)(d) | All-weather access road to operating face of landfill | N/A | |
| 48.) | 13-4-.23(2)(e) | Monitoring/treatment structures protected and maintained in good repair | \\ | |
| 49.) | 13-4-.23(2)(f) | Records maintained on daily volumes; operating record available for review | \\ | |
| 50.) | 13-4-.23(2)(g) | Vector control measures adequate | \\ | |

## Solid Waste Landfill Inspection Observations



05-05

11/29/2016



05-05

11/29/2016



05-05

11/29/2016



05-05

11/29/2016



05-05

11/29/2016





05-05

11/29/2016

EXHIBIT "4"



**Solid Waste Landfill**
**Inspection Form** (Rev. 09/22/15)

Facility Name: Metro Recycling Inc Landfill

Permit Number: 05·05        Expiration Date: July 7, 2007

Landfill Cell Type:    MSWLF ____    C/DLF ✗    ILF ____

Inspector: Josh Stewart        Date: 5/26/16

Master ID    07345        County/FIPS Blount 009

Inspection Contact:        Title:

N/A

Signature of Contact: _____

Landfill Operator Name:        Certification No. / Expiration Date

N/A

Variances:

N/A

**Regulation
Cited**                                                         **Yes**     **No**

## General Operational Requirements for All Landfills

| | Reg. | Description | Yes | No |
|---|---|---|---|---|
| 1.) | 13-4-.15(2) | Alternative daily cover approved or used | N/A | |
| 2.) | 13-4-.16(2)(c)4. | Explosive gas monitoring points located as required | '' | |
| 3.) | 13-4-.17(1) | Run-on system constructed and maintained | X | |
| 4.) | 13-4-.17(2) | Run-off system constructed and maintained (Ex: ponds, basins, silt fences) | X | |
| 5.) | 13-4-.17(3) | On-site drainage structures constructed and maintained (Ex: ditches, berms) | X | |
| 6.) | 13-4-.19 | Access control measures adequate | X | |
| 7.) | 13-4-.21(1)(a) | Operation as stipulated in the permit (Ex. Disposal cell certified by P.E.) | N/A | |
| 8.) | 13-4-.21(1)(b) | Only approved waste streams accepted | '' | |
| 9.) | 13-4-.21(1)(b)1 | Random inspection of incoming loads | '' | |
| 10.) | 13-4-.21(1)(c) | Waste certification conducted on industrial/medical waste prior to disposal | '' | |
| 11.) | 13-4-.21(1)(c)5. | Waste certifications on file in operating record for review | '' | |
| 12.) | 13-4-.21(1)(d) | No unauthorized discharge or water pollution | X | |
| 13.) | 13-4-.21(1)(e) | Facility boundary adequately marked and observable | N/A | |
| 14.) | 13-4-.21(1)(f) | Measuring or weighing devices operable (method: _____ ) | '' | |
| 15.) | 13-4-.21(2)(a) | No open burning unless approved by Department | X | |
| 16.) | 13-4-.29(1) | Records maintained as required; operating record available for review | N/A | |
| 17.) | 13-12-.01(3) | Certified Landfill Operator | '' | |

## Solid Waste Landfill Inspection Observations

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Regulation**
**Cited**                                                                                    Yes        No

## MSWLF Requirements

18.)   13-4-.22(1)(a)1.   All waste covered daily with 6 in. soil or alternative cover (type: _____ )    N/A

19.)   13-4-.22(1)(b)   Waste confined to small area, <2 ft. thick layers; on appropriate slope (<4:1)

20.)   13-4-.22(1)(c)   All waste thoroughly compacted

21.)   13-4-.22(1)(e)   Adequate personnel provided

22.)   13-4-.22(1)(f)   Adequate equipment provided

23.)   13-4-.22(1)(g)   Adverse weather provisions provided

24.)   13-4-.22(1)(h)   Site security adequate

25.)   13-4-.22(1)(i)   Proper sign located at entrance

26.)   13-4-.22(1)(j)   Special provisions for large dead animals

27.)   13-4-.22(1)(l)   Large empty containers rendered unsuitable for holding liquids

28.)   13-4-.22(2)(a)   Scavenging prohibited and salvaging controlled

29.)   13-4-.22(2)(b)   Litter controlled

30.)   13-4-.22(2)(c)   All-weather access road to operating face of landfill

31.)   13-4-.22(2)(d)   Vector control measures adequate

33.)   13-4-.22(2)(e)   Monitoring/treatment structures protected and maintained in good repair

34.)   13-4-.22(2)(f)   Completed areas properly closed

35.)   13-4-.22(2)(g)   Records maintained on daily volumes; operating record available for review

## Solid Waste Landfill Inspection Observations

| Regulation Cited | | | Yes | No |
|---|---|---|---|---|

### C/DLF and ILF Requirements

| | | | Yes | No |
|---|---|---|---|---|
| 36.) | 13-4-.23(1)(a)1. | All waste covered weekly with 6 in. soil or alternative cover (type: _____ ) | N/A | |
| 37.) | 13-4-.23(1)(b) | All waste spread in <2 ft. thick layers; thoroughly compacted | '' | |
| 38.) | 13-4-.23(1)(c) | Waste confined to small area; on appropriate slope (<4:1) | '' | |
| 39.) | 13-4-.23(1)(e) | Site security adequate | x | |
| 40.) | 13-4-.23(1)(f) | Proper sign located at entrance | N/A | |
| 41.) | 13-4-.23(1)(h) | Adequate personnel provided | '' | |
| 42.) | 13-4-.23(1)(i) | Adequate equipment provided | '' | |
| 43.) | 13-4-.23(1)(k) | Large empty containers > 10 gal. rendered unsuitable for holding liquids | '' | |
| 44.) | 13-4-.23(2)(a) | Scavenging prohibited and salvaging controlled | x | |
| 45.) | 13-4-.23(2)(b) | Litter controlled | x | |
| 46.) | 13-4-.23(2)(c) | Completed areas properly closed | x | |
| 47.) | 13-4-.23(2)(d) | All-weather access road to operating face of landfill | N/A | |
| 48.) | 13-4-.23(2)(e) | Monitoring/treatment structures protected and maintained in good repair | '' | |
| 49.) | 13-4-.23(2)(f) | Records maintained on daily volumes; operating record available for review | '' | |
| 50.) | 13-4-.23(2)(g) | Vector control measures adequate | '' | |

### Solid Waste Landfill Inspection Observations

· Reclamation with well-established and mature grass has been achieved site-wide. All waste was properly covered. Earthen berms and rip-rap drainage areas appeared to be functioning properly The on-site stormwater pond also appeared to be functioning as designed.

# Gated access



# Perimeter drainage



05-05

5/26/2016



Top of the filled area

5/26/2016

05-05

3

Top of the filled area



05-05

5/26/2016

Stormwater pond



5/26/2016

05-05

5

Outside slope



5/26/2016

05-05

Outside slope



05-05

5/26/2016

EXHIBIT "5"



### Solid Waste Landfill
### Inspection Form (Rev. 09/22/15)

Facility Name: Metro Recycling Inc Landfill

Permit Number: 05-05          Expiration Date: July 7, 2007

Landfill Cell Type:      MSWLF ____      C/DLF _X_      ILF ____

Inspector: Josh Stewart          Date: 12/1/15

Master ID   07345          County/FIPS   Blount 009

Inspection Contact:                Title:

N/A

Signature of Contact:

Landfill Operator Name:          Certification No. / Expiration Date

N/A

Variances:

N/A

**Regulation**
 **Cited**                                                                                      Yes          No

## General Operational Requirements for All Landfills

| | | | Yes | No |
|---|---|---|---|---|
| 1.) | 13-4-.15(2) | Alternative daily cover approved or used | N/A | |
| 2.) | 13-4-.16(2)(c)4. | Explosive gas monitoring points located as required | '' | |
| 3.) | 13-4-.17(1) | Run-on system constructed and maintained | X | |
| 4.) | 13-4-.17(2) | Run-off system constructed and maintained (Ex: ponds, basins, silt fences) | X | |
| 5.) | 13-4-.17(3) | On-site drainage structures constructed and maintained (Ex: ditches, berms) | X | |
| 6.) | 13-4-.19 | Access control measures adequate | | X |
| 7.) | 13-4-.21(1)(a) | Operation as stipulated in the permit (Ex. Disposal cell certified by P.E.) | N/A | |
| 8.) | 13-4-.21(1)(b) | Only approved waste streams accepted | '' | |
| 9.) | 13-4-.21(1)(b)1 | Random inspection of incoming loads | ' | |
| 10.) | 13-4-.21(1)(c) | Waste certification conducted on industrial/medical waste prior to disposal | '' | |
| 11.) | 13-4-.21(1)(c)5. | Waste certifications on file in operating record for review | '' | |
| 12.) | 13-4-.21(1)(d) | No unauthorized discharge or water pollution | X | |
| 13.) | 13-4-.21(1)(e) | Facility boundary adequately marked and observable | X | |
| 14.) | 13-4-.21(1)(f) | Measuring or weighing devices operable (method: _____ ) | N/A | |
| 15.) | 13-4-.21(2)(a) | No open burning unless approved by Department | X | |
| 16.) | 13-4-.29(1) | Records maintained as required; operating record available for review | N/A | |
| 17.) | 13-12-.01(3) | Certified Landfill Operator | '' | |

## Solid Waste Landfill Inspection Observations

6. Dumping of approximately 20 cubic yards of C/D waste and rubbish was noted on the southern portion of the site adjacent to the rip-rap drainage ditch leading to the stormwater pond.

**Regulation Cited**

| | | | Yes | No |
|---|---|---|---|---|

## MSWLF Requirements

| | | | | |
|---|---|---|---|---|
| 18.) | 13-4-.22(1)(a)1. | All waste covered daily with 6 in. soil or alternative cover (type: _____ ) | | N/A |
| 19.) | 13-4-.22(1)(b) | Waste confined to small area, <2 ft. thick layers; on appropriate slope (<4:1) | | |
| 20.) | 13-4-.22(1)(c) | All waste thoroughly compacted | | |
| 21.) | 13-4-.22(1)(e) | Adequate personnel provided | | |
| 22.) | 13-4-.22(1)(f) | Adequate equipment provided | | |
| 23.) | 13-4-.22(1)(g) | Adverse weather provisions provided | | |
| 24.) | 13-4-.22(1)(h) | Site security adequate | | |
| 25.) | 13-4-.22(1)(i) | Proper sign located at entrance | | |
| 26.) | 13-4-.22(1)(j) | Special provisions for large dead animals | | |
| 27.) | 13-4-.22(1)(l) | Large empty containers rendered unsuitable for holding liquids | | |
| 28.) | 13-4-.22(2)(a) | Scavenging prohibited and salvaging controlled | | |
| 29.) | 13-4-.22(2)(b) | Litter controlled | | |
| 30.) | 13-4-.22(2)(c) | All-weather access road to operating face of landfill | | |
| 31.) | 13-4-.22(2)(d) | Vector control measures adequate | | |
| 33.) | 13-4-.22(2)(e) | Monitoring/treatment structures protected and maintained in good repair | | |
| 34.) | 13-4-.22(2)(f) | Completed areas properly closed | | |
| 35.) | 13-4-.22(2)(g) | Records maintained on daily volumes; operating record available for review | | |

### Solid Waste Landfill Inspection Observations

**Regulation**
**Cited**

|  | | Yes | No |
|---|---|---|---|

## C/DLF and ILF Requirements

| | | | | Yes | No |
|---|---|---|---|---|---|
| 36.) | 13-4-.23(1)(a)1. | All waste covered weekly with 6 in. soil or alternative cover (type: _____ ) | | N/A | |
| 37.) | 13-4-.23(1)(b) | All waste spread in <2 ft. thick layers; thoroughly compacted | | " | |
| 38.) | 13-4-.23(1)(c) | Waste confined to small area; on appropriate slope (<4:1) | | " | |
| 39.) | 13-4-.23(1)(e) | Site security adequate | | X | |
| 40.) | 13-4-.23(1)(f) | Proper sign located at entrance | | N/A | |
| 41.) | 13-4-.23(1)(h) | Adequate personnel provided | | " | |
| 42.) | 13-4-.23(1)(i) | Adequate equipment provided | | " | |
| 43.) | 13-4-.23(1)(k) | Large empty containers > 10 gal. rendered unsuitable for holding liquids | | " | |
| 44.) | 13-4-.23(2)(a) | Scavenging prohibited and salvaging controlled | | X | |
| 45.) | 13-4-.23(2)(b) | Litter controlled | | X | |
| 46.) | 13-4-.23(2)(c) | Completed areas properly closed | | X | |
| 47.) | 13-4-.23(2)(d) | All-weather access road to operating face of landfill | | N/A | |
| 48.) | 13-4-.23(2)(e) | Monitoring/treatment structures protected and maintained in good repair | | " | |
| 49.) | 13-4-.23(2)(f) | Records maintained on daily volumes; operating record available for review | | " | |
| 50.) | 13-4-.23(2)(g) | Vector control measures adequate | | X | |

### Solid Waste Landfill Inspection Observations

· This landfill is not operational with respect to receiving waste for disposal. The recent activity on-site is related to continuing closure and includes riprap installation, final grading, and straw and grass seed application. Test pits associated with adequate cover layer certification were noted.

· No personnel were on-site at the time of the inspection. Equipment used in closure activities remained on-site.

# Equipment used in closure activities



05-05

12/1/2015

Perimeter drainage



05-05

12/1/2015

Top of the fill area



05-05

12/1/2015

# Stormwater pond



05-05

12/1/2015

# Major outside slope



05-05

12/1/2015

5

# Major outside slope



05-05

12/1/2015

# Dumping



Dumping



05-05

12/1/2015

Test pit



05-05

12/1/2015